UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES W. NICHOLS** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **ILLINOIS CENTRAL RAILROAD COMPANY** | * | **MAGISTRATE DIV.** |
| | * | |
| ****************************************************** | | **TRIAL BY JURY** |

## COMPLAINT FOR DAMAGES

### COUNT I
### FELA NEGLIGENCE – ILLINOIS CENTRAL RAILROAD COMPANY

COMES NOW the Plaintiff, JAMES W. NICHOLS, by and through his attorneys, DAVIS, SAUNDERS & MILLER, PLC for his Complaint against the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, states as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C. Sections 51 *et. seq.*

2. That at all times mentioned herein, the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, (hereinafter referred to as "ILLINOIS CENTRAL") was and is a corporation controlled, operated and maintained in interstate commerce, engaged in transporting interstate commerce between various states by rail including the states of Louisiana and Mississippi.

3. Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391(c) as the Defendant, Illinois Central Railroad Company owns, operates and maintains equipment, railyards and main line railroad tracks in New Orleans and Jefferson

Parish, resulting in Illinois Central Railroad Company possessing sufficient contacts in the Eastern District of Louisiana.

4. That on or about June 25, 2020, or on a date known more certainly to ILLINOIS CENTRAL, and at all times mentioned herein, the Plaintiff, James W. Nichols, was an employee of ILLINOIS CENTRAL and had been for several years prior thereto.

5. That at all times mentioned herein, all or part of the duties of the Plaintiff as such an employee furthered interstate commerce conducted by ILLINOIS CENTRAL or in some way directly or substantially affected said commerce.

6. That on or about the above-said date, and at all times relevant herein, the Plaintiff was employed by ILLINOIS CENTRAL as an engineer and as such, was in the performance of his duties near Livingston, Louisiana.

7. That on or about June 25, 2020, or on a date known more certainly to ILLINOIS CENTRAL, the Plaintiff was injured while operating a locomotive on a section of track near Livingston, Louisiana when Plaintiff's locomotive was derailed because of a tree across the track causing Plaintiff's locomotive to derail and sustain his injuries.

8. That at said time and place, ILLINOIS CENTRAL, by and through its agents, servants and employees, negligently and carelessly committed one or more of the following acts or omissions to wit:

    (a) Knew or should have known that a tree became lodged on its mainline near Livingston, Louisiana and failed to remove the tree prior to Plaintiff's train colliding with the tree and causing Plaintiff's train to derail;

    (b) Failed to warn the Plaintiff that the tree was on the track ahead of his train;

    (c) Failed to provide Plaintiff with a safe place in which to work;

  (d) Violated 49 C.F.R. 213.67 in failing to inspect the track to remove any obstructions on the track before Plaintiff's train collided with the tree on Defendant's main line;

  (e) Violated 49 C.F.R. 213.37 in failing to keep the vegetation along its main line controlled so it did not interfere with Plaintiff's operation of a locomotive on Defendant's track;

  (f) Failed to warn the Plaintiff of a severe weather system moving through Louisiana on June 25, 2020;

  (g) Knew or should have known that a severe weather system on June 25, 2020 would cause its mainline tracks to be obstructed by trees blown down in the inclement weather; and,

  (h) Failed to issue appropriate orders to the Plaintiff that would have required him to operate his locomotive and train at restricted speed.

  9. That as a result, in whole or in part, of one or more of the above and foregoing acts of negligence or omission on the part of ILLINOIS CENTRAL, the Plaintiff, while in the performance of his duties as an engineer, and in connection with and in the scope and course of his employment, was caused to become severely injured when the locomotive he was operating and was assigned to use, operated over a segment of track at or near Livingston, Louisiana and collided with a tree on the track which caused the Plaintiff to sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, vertebrae, joints, and discs of the spine; injuries to both the right and left shoulder; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability from said injuries; that Plaintiff has incurred a past and future permanent loss of earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, the Plaintiff, JAMES W. NICHOLS, prays judgment against the Defendant, ILLINOIS CENTRAL, for all legal and equitable relief adequate to fairly and reasonably compensate him for damages sustained herein plus costs of this suit, pre-judgment interest, post-judgment interest, and all other relief deemed appropriate by this Court.

Signed this 7th day of October 2021

Respectfully submitted,

**DAVIS, SAUNDERS & MILLER**

BY: */s/ Joseph M. Miller*
　　　_____
**JOSEPH M. MILLER #30636**
**BENJAMIN B. SAUNDERS #11733**
450 North Causeway Blvd., Ste D
Mandeville, Louisiana 70448
Telephone: (985) 612-3070
Facsimile: (985)612-3072
**Attorneys for Plaintiff, James W. Nichols**

**Please Serve:**
Illinois Central Railroad Company
c/o Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802